```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF INDIANA
                         HAMMOND DIVISION

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff          )
                               )
       v.                      )   Case No. 2:07 cv 2
                               )
KELTEC PISTOL MODEL P-11       )
9 caliber ser #A6N85; et al.,  )
                               )
            Defendants         )
```

ORDER

On January 3, 2007, the government filed a civil proceeding seeking the forfeiture of six handguns.  On February 2, 2007, John Jones-El filed an answer to the forfeiture complaint and a counterclaim against the government.

This matter was set for a status conference on June 22, 2007.  Jones-El failed to appear.  On July 6, 2007, Jones-El was ordered to show cause why he failed to attend the status conference.  In a response dated June 20, 2007, Jones-El indicated that he failed to attend the status conference because he did not believe that the magistrate judge had jurisdiction over this case.

In an Order dated July 9, 2007, this matter was reset for a status conference on August 3, 2007.  The Order also explained to Jone-El why this court had the jurisdiction to conduct the scheduling conference.

Jones-El again failed to attend the August 3 status conference.  Pursuant to Federal Rules of Civil Procedure 16(f) and 41(b), **IT IS RECOMMENDED** that the answer and counterclaim filed

by Jones-El be **STRICKEN** and a default judgment be entered in favor of the United States.

Pursuant to 28 U.S.C. §636(b)(1), the parties shall have ten (10) days after being served with a copy of this Recommendation to file written objections thereto with the Clerk of Court, with extra copies mailed to the Chambers of the Honorable Theresa L. Springmann, Judge of the United States District Court, Fort Wayne Division, and the Chambers of United States Magistrate Judge Andrew P. Rodovich.  The failure to file a timely objection will result in the waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals. ***Willis v. Caterpillar, Incorporated***, 199 F.3d 902, 904 (7th Cir. 1999); ***Johnson v. Zema Systems Corporation***, 170 F.3d 734, 739 (7th Cir. 1999); ***Hunger v. Leininger***, 15 F.3d 664, 668 (7th Cir. 1994); ***The Provident Bank v. Manor Steel Corporation***, 882 F.2d 258, 260-61 (7th Cir. 1989); ***United States v. Johnson***, 859 F.2d 1289, 1294 (7th Cir. 1988); ***Lebovitz v. Miller***, 856 F.2d 902, 905 n.2 (7th Cir. 1988).

The Clerk is **ORDERED** to mail a copy of this Order to John Jones-El, 7817 S. Maryland Avenue, Chicago, IL 60619.

ENTERED this 7th day of August, 2007

                                            s/ ANDREW P. RODOVICH
                                              United States Magistrate Judge